COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:        01-14-00597-CR

Style:        Jody Wayne Whelchel v. The State of Texas

Date motion filed[*]:        March 31, 2015

Type of motions:        Appellant's Motion for Extension of Time

Parties filing motions:    Appellant

Document to be filed:    Appellant's Brief

Is appeal accelerated?      No

If motion to extend time:

       Original due date:        December 31, 2014

       Number of extensions granted:      0        Current Due Date: May 9, 2015

       Date Requested:        August 9, 2015

Ordered that motion is:

     ☐ Granted

         If document is to be filed, document due:

     ☑ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

The motion for extension of time to file appellant's brief is denied as premature without prejudice to refiling because although the supplemental clerk's record was filed, and the trial court set May 9, 2015, as appellant's new counsel's brief deadline, this case remains abated until the supplemental reporter's record is filed, as requested by this Court's February 3, 2015 Order of Abatement. *See* TEX. R. APP. P. 38.8(b)(3). Thus, after the case is reinstated, the Clerk of this Court will notify counsel and may re-set the briefing deadlines. *See* TEX. R. APP. P. 38.6(a)(2).

Judge's signature: /s/ Evelyn V. Keyes
           ☑ Acting individually      ☐ Acting for the Court

Date: April 9, 2015

November 7, 2008 Revision